# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Neal and Cherlyn Biwer, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | Case No. 1-16-cv-378 |
| Pecan Pipeline (North Dakota), Inc., EOG ) | |
| Resources, Inc., ) | |
| ) | |
| Defendants. ) | |

On May 23, 2017, the court held a status conference, during which the court and the parties agreed deadlines in this case should be stayed pending the outcome of the Mosser v. Denbury Resources, Inc. case currently before the North Dakota Supreme Court. Accordingly, all deadlines are **SUSPENDED** pending further order of the court. The parties shall contact the court to schedule another status conference once the North Dakota Supreme Court has issued its opinion in Mosser.

**IT IS SO ORDERED.**

Dated this 23rd day of May, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court