# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Neal and Cherlyn Biwer, | ) |
|                 Plaintiff, | ) **ORDER** |
| vs. | ) |
| Pecan Pipeline (North Dakota), Inc., EOG Resources, Inc., | ) Case Nos. 1:16-cv-378 |
|                 Defendants. | ) |

The court held a status conference with the parties by telephone on July 26, 2017. Pursuant to its discussion with the parties, the court **ORDERS**:

1. The parties shall have until July 1, 2018, to file dispostive motions.

2. The final pretrial conference set for August 7, 2018, shall be rescheduled for January 8, 2019, at 2:00 p.m. by telephone before the undersigned. The court shall initiate the conference call.

3. The jury trial set for August 20, 2018, shall be rescheduled for January 22, 2019, at 9:30 a.m. at the U.S. Courthouse in Bismarck before Chief Judge Hovland (courtroom #1). A nine (9) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 26th day of July, 2017.

                                                                 */s/ Charles S. Miller, Jr.*
                                                                  Charles S. Miller, Jr., Magistrate Judge
                                                                  United States District Court