# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Neal and Cherlyn Biwer,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Pecan Pipeline (North Dakota), Inc., EOG Resources, Inc.,<br><br>　　　　　Defendants. | **ORDER**<br><br>Case Nos. 1:16-cv-378 |

The court held a status conference with the parties by telephone on July 26, 2017. Pursuant to its discussion with the parties, the court **ORDERS**:

1. The parties shall have until July 1, 2018, to file dispostive motions.

2. The final pretrial conference set for August 7, 2018, shall be rescheduled for January 8, 2019, at 2:00 p.m. by telephone before the undersigned. The court shall initiate the conference call.

3. The jury trial set for August 20, 2018, shall be rescheduled for January 22, 2019, at 9:30 a.m. at the U.S. Courthouse in Bismarck before Chief Judge Hovland (courtroom #1). A nine (9) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 26th day of July, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Charles S. Miller, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr., Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court