# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Neal and Cherlyn Biwer, | ) | |
| --- | --- | --- |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| Pecan Pipeline (North Dakota) Inc., and EOG Resources, Inc., | ) ) ) | Case No. 1:16-cv-378 |
| Defendants. | ) ) | |

The court held a status conference with the parties on April 19, 2018. Pursuant to its discussion with the parties, the court **ORDERS**:

1. The jury trial set for January 22, 2019, shall be rescheduled for September 23, 2019, at 9:00 a.m. in Bismarck before Chief Judge Hovland. A five (5) day trial is anticipated.

2. The final pretrial conference set for January 8, 2019, shall be rescheduled for September 11, 2019, at 2:00 p.m. by telephone before the magistrate judge. The court shall initiate the conference call.

3. The parties shall have until March 1, 2019, to file dispositive motions (summary judgment as to all or part of the case).

Dated this 19th day of April, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court