# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Neal and Cherlyn Biwer, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER RE STATUS CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Pecan Pipeline (North Dakota), Inc., and | ) | Case No. 1:16-cv-378 |
| EOG Resources, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

The Court shall conduct a status conference in the above-entitled action on May 10, 2019, at 11:00 a.m. by telephone. To participate in the conference call, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415
Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 9th day of May, 2019.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court